## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE:  YASMIN AND YAZ | ) | |
| (DROSPIRENONE) MARKETING, SALES | ) | **3:09-md-02100-DRH** |
| PRACTICES AND PRODUCTS LIABILITY | ) | |
| LITIGATION | ) | **MDL No. 2100** |
| | ) | |

**This Document Relates To:**

| | |
|---|---|
| *Jodie Altemeyer, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-13630-DRH |
| *Sandra Andrade-Burstein, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-11116-DRH |
| *Jaime Brodbeck v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-13444-DRH |
| *Kristina Butler v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 13-cv-10588-DRH |
| *Jessica Carr v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10030-DRH |
| *Martha Katherine Duffy v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10664-DRH |
| *Taylor Francisco, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10032-DRH |
| *Naomi Kindred v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-11957-DRH |
| *Wendell Koehn v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-20349-DRH |
| *Kelly Ranae Minge v. Bayer Corporation, et al. Pharmaceuticals Inc., et al.* | No. 09-cv-20089-DRH |
| *Carlee Nickisch, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10836-DRH |
| *Susan Shatzkes v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 13-cv-10927-DRH |

| | |
|---|---|
| *Rachel Scott v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10209-DRH |
| *Angella Trout v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10673-DRH |
| *Aimee Forsha v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10728-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on April 21, 2015, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.


                              **JUSTINE FLANAGAN,**
                              **ACTING CLERK OF COURT**


                              **BY:  /s/*Caitlin Fischer***
                                    **Deputy Clerk**

Digitally signed by
David R. Herndon
Date: 2015.04.24
08:57:30 -05'00'

APPROVED:
            DISTRICT JUDGE
            U. S. DISTRICT COURT

2